MAY, APPELLANT AND CROSS-APPELLEE, *v.* TANDY CORPORATION, APPELLEE; DIAMANTIS, APPELLEE AND CROSS-APPELLANT.

[Cite as *May v. Tandy Corp.* (1994), 69 Ohio St.3d 415.]

(No. 93–1402—Submitted January 11, 1994—Decided June 1, 1994.)

---

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Richard C. Alkire, Jeffrey A. Leikin* and *Sandra J. Rosenthal,* for appellant and cross-appellee.

*William J. Coyne & Associates Co., L.P.A., Terrance P. Gravens* and *Michael E. Stinn,* for appellee and cross-appellant.

---

The judgment on appeal is reversed and the cause is remanded to the trial court on authority of *Sorrell v. Thevenir* (1994), 69 Ohio St.3d 415, 633 N.E.2d 504, decided today. The cross-appeal is dismissed, *sua sponte,* as having been improvidently allowed.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent.